```
               UNITED STATES DISTRICT COURT
                        FOR  THE
                  DISTRICT OF VERMONT
```

Carol A. Langlais,                    :
    Plaintiff,                       :
                                     :
        v.                            : File No. 2:11 CV 284
                                     :
Michael J. Astrue,                    :
Commissioner of Social Security,      :
    Defendant.                       :

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed September 12, 2012. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The plaintiff's Motion to Reverse Decision of the Commissioner (Doc. 3) is **DENIED** and the defendant's Motion for Order Affirming Decision of Commissioner (Doc. 6) is **GRANTED.**

Dated at Burlington, in the District of Vermont, this 2nd day of October, 2012.

                                            /s/ William K. Sessions III
                                             William K. Sessions III
                                             U.S. District Court Judge